Case 3:04-cr-00391-REP   Document 51   Filed 06/15/15   Page 1 of 1 PageID# 160

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 3:04CR391 |
| David Vernard Sparks | ) |
| | ) USM No: 38946-083 |
| Date of Original Judgment: 4/14/2005 | ) |
| Date of Previous Amended Judgment: 5/13/2010 | ) Valencia D. Roberts |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   151 months   **is reduced to**   130 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

This Order is subject to the prohibition contained within U.S.S.G. §1B1.10(b)(2)(C), which provides: "In no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

Except as otherwise provided, all provisions of the judgments dated April 14, 2005, and May 13, 2010 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: June 15, 2015   /s/ REP
Judge's signature

Effective Date: November 2, 2015   Honorable Robert E. Payne, U.S. District Court Judge
*(if different from order date)*   *Printed name and title*