IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.   Criminal No. 3:04cr391

DAVID SPARKS

ORDER

Having considered the MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM (ECF No. 53), and the RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION FOR MODIFICAITON OF SENTENCE (ECF No. 57) and the views of the Probation Officer, it is hereby ORDERED that the MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM (ECF No. 53) is denied because (1) the serious nature of the offense of conviction; (2) the defendant's criminal history and (3) the continued need to protect the public all require that supervision continue even in view of the positive aspects of the defendant's conduct while on supervised release so far.

The Clerk is directed to send a copy of this Order to the defendant and Jeffrey M. Smihal, Senior United States Probation Officer.

It is so ORDERED.

/s/ REP
Robert E. Payne
United States District Judge

Richmond, Virginia
Date: June 17, 2019